IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| In the Matter of: | Case No.: |
|---|---|
| GORDON H. BECKHART, JR. | 09-07452-8-RDD |
| STELLA M. BECKHART | |
| Debtors | Chapter 11 |

## **OBJECTION TO CLAIM**

The Debtors, Gordon H. Beckhart, Jr. and Stella M. Beckhart ("Debtors"), by and through their undersigned counsel object to the following claim on the basis indicated:

| CLAIM NO. | NAME & ADDRRESS OF CREDITOR (CLAIMANT) | AMOUNT OF CLAIM | BASIS OF OBJECTION & RELIEF REQUESTED |
|---|---|---|---|
| 9 | Aurora Loan Services, LLC<br>Attn: Manager or Agent<br>2617 College Park<br>Scottsbluff, NE 69361 | $274,641.22 | The debt is not a secured debt of the Debtor because: (1) the Deed of Trust does not identify the date of the promissory note that it is purporting to secure; (2) The Deed of Trust referenced a promissory note signed by both Debtors as "Borrowers", Gordon H. Beckhart and Stella M. Beckhart, which does not exist. An Adversary Proceeding has been filed on November 23, 2009 file number 09-00264-8-RDD, and is incorporated here in its entirety, addressing these matters; therefore, this claim should be allowed as an unsecured claim in its entirety against Gordon H. Beckhart, Jr. only. |

DATED:  12/08/09

s/George Mason Oliver
GEORGE MASON OLIVER
Oliver & Friesen, PLLC
415 Broad Street
PO Box 1548
New Bern, NC 28563
252-633-1930
N.C. State Bar: 26587

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | |
|---|---|
| In the Matter of: | Case No.: |
| GORDON H. BECKHART, JR. | 09-07452-8-RDD |
| STELLA M. BECKHART | |
|    Debtors | Chapter 11 |

## NOTICE OF OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN that George Mason Oliver, Attorney for the above captioned Debtors, has filed an Objection to Claim.

FURTHER NOTICE IS HEREBY GIVEN that the Objection to Claim filed by George Mason Oliver may be allowed provided no responses and request for a hearing is made by a party in interest in writing to the Clerk of this Court on or before January 11, 2010; and,

FURTHER NOTICE IS HEREBY GIVEN that any responses should also be mailed to George Mason Oliver, Attorney for the Debtor, at the address given below.

FURTHER NOTICE IS HEREBY GIVEN, that if a response and a request for a hearing is filed by a party in interest in writing within the time indicated, a hearing will be conducted on the Objection to Claim and Response thereto at a date, time and place to be later set by the Court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the Objection to Claim and Response thereto ex parte without further notice. Any party filing an objection requesting a hearing, shall appear at said hearing or they may be taxed with Court costs.

DATED: 12/08/09

s/George Mason Oliver
GEORGE MASON OLIVER
Oliver & Friesen, PLLC
415 Broad Street
PO Box 1548
New Bern, NC 28563
252-633-1930
N.C. State Bar: 26587

CERTIFICATE OF SERVICE

I, George Mason Oliver, Post Office Box 1548, New Bern, North Carolina 28563, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 8th day of December, 2009, I served copies of the foregoing pleading on the parties listed below by depositing a copy in the United States mail bearing sufficient postage or electronically as indicated;

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: 12/08/09

                                              s/George Mason Oliver
                                              GEORGE MASON OLIVER
                                              Oliver & Friesen, PLLC
                                              415 Broad Street
                                              PO Box 1548
                                              New Bern, NC 28563
                                              252-633-1930
                                              N.C. State Bar: 26587

cc:
Bankruptcy Administrator     (via CM/ECF)

Gordon H. Beckhart and
Stella M. Beckhart     (via email transmission)

Aurora Loan Services
Attn: Manager or Agent
2617 College Park
Scottsbluff, NE 69361

Matthew T. McKee
Attorney for Aurora Loan Services   (via CM/ECF)