**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

| | |
|---|---|
| In the Matter of: | Chapter 11 |
| GORDON HAGGOTT BECKHART, JR. | Case No: 09-07452-8-SWH |
| STELLA MARIE BECKHART | |
|       Debtors | |

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN of the Debtors' Motion for Contempt and Sanctions against BSI Financial Services (the "Motion") filed on October 23, 2019, in the above-captioned case; and,

FURTHER NOTICE IS HEREBY GIVEN that this Motion may be allowed provided no response and request for a hearing is made by a party in interest in writing to the Clerk of this Court on or before 5:00 p.m. on November 6, 2019; and

FURTHER NOTICE IS HEREBY GIVEN that a hearing will be conducted on the Motion and any response thereto on November 7, 2019, at 11:30 a.m. at the United States Courthouse, located at 300 Fayetteville Street, Courtroom #208, Raleigh, North Carolina.

This the 23rd day of October, 2019.

                                                        The Law Offices of Oliver & Cheek, PLLC

                                        By:     s/ Ciara L. Rogers
                                                     Ciara L. Rogers
                                                     N.C. State Bar No. 42571
                                                   Email: ciara@olivercheek.com
                                                   George M. Oliver
                                                   N.C. State Bar No. 26587
                                                   Email: george@olivercheek.com
                                                   PO Box 1548
                                                   New Bern, NC  28563
                                                   Telephone: (919)987-2024
                                                   Facsimile:  (252) 633-1950
                                                   *Attorneys for the Debtors*

## **CERTIFICATE OF SERVICE**

I, Ciara L. Rogers, Post Office Box 1548, New Bern, N.C. 28563 certify;

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and

That on the 24th day of October, 2019, I served copies of the Debtors' Motion for Contempt and Sanctions against BSI Financial Services, Notice thereof and the Order Reducing Response Time on the parties listed below via CM/ECF, facsimile, or by U.S. Mail, First Class, sufficient postage prepaid, as indicated; and,

I certify under penalty of perjury that the foregoing is true and correct.

This is the 24th day of October, 2019.

                                                          The Law Offices of Oliver & Cheek, PLLC

                                         By:     s/ Ciara L. Rogers
                                                       Ciara L. Rogers
                                                       N.C. State Bar No. 42571
                                                       Email:  ciara@olivercheek.com
                                                       PO Box 1548
                                                       New Bern, NC  28563
                                                       Telephone: (919) 987-2024
                                                       Facsimile:  (252) 633-1950
                                                       Email:  ciara@olivercheek.com
                                                       *Attorneys for the Debtors*

cc:
Bankruptcy Administrator     (via CM/ECF)

BSI Financial Services        (via facsimile and U.S. Mail)
Attn: Officer, Agent, Managing Agent
314 S. Franklin Street
Titusville, PA 16354

Servis One, Inc.               (via facsimile and U.S. Mail)
Attn: Officer, Agent, Managing Agent
314 S. Franklin Street
Titusville, PA 16354

Gordon H. Beckhart, Jr.     (via U.S. Mail)
Stella M. Beckhart
PO Box 347
Kure Beach, NC  28449
*Debtors*