IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CV-192-BO

NEWREZ, LLC d/b/a SHELLPOINT )
MORTGAGE SERVICING AND THE )
BANK OF NEW YORK MELLON f/k/a )
THE BANK OF NEW YORK AS )
TRUSTEE FOR CERTIFICATE )
HOLDERS OF CWMBS, INC. CHL PASS- )
THROUGH TRUST 2004-29, )
MORTGAGE PASS-THOUGH )
CERTIFICATES, SERIES 2004-9, )
                                                                )
                                                                )
                              Appellants,        )
                                                                )
v.                                                          )            O R D E R
                                                                )
GORDON HAGGARD BECKHART, JR. )
AND STELLA MARIE BECKHART,    )
                                                                )
                              Appellees.          )

This cause comes before the Court following the vacatur of this Court's prior order and upon entry of the mandate of the court of appeals. [DE 32, 34]. Pursuant to the mandate, the order of the bankruptcy court is hereby VACATED and this matter is REMANDED to the bankruptcy court for further proceedings consistent with the opinion of the court of appeals.

SO ORDERED, this _17_ day of May 2022.

*[signature: Terrence Boyle]*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE